# Third District Court of Appeal

## State of Florida

Opinion filed February 5, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1481
Lower Tribunal No. 23-16102-CA-01
_____

**Andrew J. Jones,**
Appellant,

vs.

**First Born Church Community Outreach, Inc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Robert T. Watson, Judge.

Andrew J. Jones, in proper person.

Dale C. Glassford, P.A., and Dale C. Glassford, for appellee.

Before LOGUE, C.J., and FERNANDEZ and MILLER, JJ.

PER CURIAM.

In this dispute over the control of a religious institution, appellant, Andrew J. Jones, challenges a final judgment rendered in favor of appellee, First Born Church Community Outreach, Inc.,[1] following a nonjury trial. Recognizing the trial court's superior vantage point and constrained by the relatively undeveloped record, we find no abuse of discretion in the determination rendered below and write only to commend the trial judge on his measured and thoughtful order. See Brown v. State, 959 So. 2d 146, 150 (Fla. 2007) ("[Q]uestions relating to evidentiary weight and credibility of witnesses are reserved to the trial court.").

Affirmed.

---

[1] As noted by the trial court, appellee's name has changed to Gateway Community Outreach Church, Inc.